**No. 53423.**—J. E. Bernard & Company, Inc. *v.* United States, protest 136886–K/1422 (Chicago).

Opinion by Cole, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in Abstract 52793, which case followed *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.